**Electronically Filed
Supreme Court
SCWC-18-0000687
04-MAR-2020
09:26 AM**

SCWC-18-00000687

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

IVETTE M. ALCOCER,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000687; 2DTA-17-00961)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Ivette M. Alcocer's

application for writ of certiorari, filed on January 22, 2020,

is hereby rejected.

DATED:  Honolulu, Hawaiʻi, March 4, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

